**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 112 MM 2018
:
Respondent : :
:
:
v. :
:
:
:
DARWYN A. INGRAM, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 27th day of September, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to submit an allocatur petition within 30 days.